# Exhibit 1

## U.S. Patent No. 9,198,117 (" '117 Patent")

Accused Instrumentalities: Google's Firebase Cloud Messaging (FCM) system, including the components identified below.

### Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A network system comprising: | Google's FCM system is a networked system that includes elements [1a]-[1h] as shown below. *See also, e.g.*: <br><br>2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.<br><br>3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:<br><br>• Android transport layer (ATL) for Android devices with Google Play services<br><br>• Apple Push Notification service (APNs) for Apple devices<br><br>• Web push protocol for web apps<br><br>★ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.<br><br>4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.<br><br>https://firebase.google.com/docs/cloud-messaging/fcm-architecture |

**Send server updates with Firebase Cloud Messaging**

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates

https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you.").

https://youtu.be/sioEY4tWmLI?si=563REHijMRnD_aOe (Introducing Firebase Cloud Messaging) ("First, you register your user's app instance with the Firebase Cloud Messaging servers. Then, on your server, you write code that allows you to address these devices by ID, group, or topic, and which tells the Firebase Cloud Messaging server to send the messages for you.")



| | |
|---|---|
| [1a] a plurality of device messaging agents, each executable on a respective one of a plurality of mobile end-user devices configured to exchange Internet data via a data connection to a wireless network; and | Google's FCM system comprises a plurality of device messaging agents, each executable on a respective one of a plurality of mobile end-user devices configured to exchange Internet data via a data connection to a wireless network. *See, e.g.*:<br><br>*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52:<br><br> |



Firebase > Documentation > FCM > Engage

Was this helpful? 👍 👎

# Set up a Firebase Cloud Messaging client app on Android 🔖 ▾

Send feedback

FCM clients require devices running Android 4.4 or higher that also have the Google Play Store app installed, or an emulator running Android 4.4 with Google APIs. Note that you are not limited to deploying your Android apps through Google Play Store.

## Set up the SDK

This section covers tasks you may have completed if you have already enabled other Firebase features for your app. If you haven't already, add Firebase to your Android project

## Edit your app manifest

Add the following to your app's manifest:

- A service that extends `FirebaseMessagingService`. This is required if you want to do any message handling beyond receiving notifications on apps in the background. To receive notifications in foregrounded apps, to receive data payload, to send upstream messages, and so on, you must extend this service.

```xml
<service
    android:name=".java.MyFirebaseMessagingService"
    android:exported="false">
    <intent-filter>
        <action android:name="com.google.firebase.MESSAGING_EVENT" />
    </intent-filter>
</service>
```

AndroidManifest.xml 🔗

## Access the device registration token

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. If you want to target single devices or create device groups, you'll need to access this token by extending `FirebaseMessagingService` and overriding `onNewToken`.

This section describes how to retrieve the token and how to monitor changes to the token. Because the token could be rotated after initial startup, you are strongly recommended to retrieve the latest updated registration token.

The registration token may change when:

- The app is restored on a new device
- The user uninstalls/reinstall the app
- The user clears app data.

https://firebase.google.com/docs/cloud-messaging/android/client



Firebase > Documentation > FCM > Engage

Was this helpful? 👍 👎

# Receive messages in an Android app 🔖 ▾

Send feedback

Firebase notifications behave differently depending on the foreground/background state of the receiving app. If you want foregrounded apps to receive notification messages or data messages, you'll need to write code to handle the `onMessageReceived` callback. For an explanation of the difference between notification and data messages, see Message types.

## Handling messages

To receive messages, use a service that extends FirebaseMessagingService. Your service should override the `onMessageReceived` and `onDeletedMessages` callbacks. It should handle any message within 20 seconds of receipt (10 seconds on Android Marshmallow). The time window may be shorter depending on OS delays incurred ahead of calling `onMessageReceived`. After that time, various OS behaviors such as Android O's background execution limits may interfere with your ability to complete your work. For more information see our overview on message priority.

`onMessageReceived` is provided for most message types, with the following exceptions:

- **Notification messages delivered when your app is in the background**. In this case, the notification is delivered to the device's system tray. A user tap on a notification opens the app launcher by default.

- **Messages with both notification and data payload, when received in the background**. In this case, the notification is delivered to the device's system tray, and the data payload is delivered in the extras of the intent of your launcher Activity.

https://firebase.google.com/docs/cloud-messaging/android/receive

Home > Products > Instance ID

Was this helpful? 👍 👎

# What is Instance ID? 🔖 ▾

Send feedback

Instance ID provides a unique ID per instance of your apps. You can implement Instance ID for Android and iOS apps as well as Chrome apps/extensions.



https://developers.google.com/instance-id

## Lifecycle flow

- **Register devices to receive messages from FCM.** An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.

- **Send and receive downstream messages.**

    - Send a message. The app server sends messages to the client app:

        1. The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.

        2. The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.

        3. When the device is online, the message is sent via the platform-specific transport layer to the device.

        4. On the device, the client app receives the message or notification.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

| [1b] a network message server | Google's FCM system comprises a network message server. *See, e.g.*: |
|---|---|
| | https://youtu.be/sioEY4tWmLI?si=563REHijMRnD_aOe (Introducing Firebase Cloud Messaging) ("First, you register your user's app instance with the Firebase Cloud Messaging servers. Then, on your server, you write code that allows you to address these devices by ID, group, or topic, and which tells the Firebase Cloud Messaging server to send the messages for you.")  |



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services

   - Apple Push Notification service (APNs) for Apple devices

   - Web push protocol for web apps

   > ★ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

| | |
|---|---|
| | Send server updates with Firebase Cloud Messaging |
| | Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it. |
| | Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app. |
| | FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life. |
| | https://developer.android.com/develop/connectivity/minimize-effect-regular-updates |
| | https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you."). |
| | A person of ordinary skill in the art understands the FCM server system is literally a network message server. It is the collection of hardware and software that provides the FCM messaging service. There is also literal infringement where one or more server subsystems of the FCM system maps to "a network message server." To the extent literal infringement is disputed, there would also be infringement under the doctrine of equivalents because the accused system is insubstantially different. The accused FCM system performs substantially the same function of a network message server in substantially the same way of server architecture configured with all the elements of the claimed server in [1b]-[1f] to achieve substantially the same result of secure push messaging. A network message server with a divided server architecture and multiple server subsystems for scalability is literally a network message server and would also satisfy the claimed network message server under the doctrine of equivalents as insubstantially different from a network message server and performing substantially the same functions in substantially the same ways to achieve substantially the same result. This theory as to "a network message server" is hereby incorporated into each claim limitation 1[c]-1[f]. |
| [1c] supporting a plurality of secure Internet data connections, each secure Internet data connection between the | The network message server of Google's FCM system supports a plurality of secure Internet data connections, each secure Internet data connection between the network message server and |

| | |
|---|---|
| network message server and a respective one of the mobile end-user devices via a device data connection to a wireless network, | a respective one of the mobile end-user devices via a device data connection to a wireless network.<br><br>For example, Google's FCM server comprises a subsystem (MCS) that maintains a secure data connection (MCS connection) with each of a plurality of wireless end-user devices, including a secure Internet data connection which is encrypted with at least point-to-point encryption.<br><br>*See e.g.*:<br><br>**Encryption for data messages**<br><br>The Android Transport Layer (see FCM architecture) uses point-to-point encryption.<br><br>https://firebase.google.com/docs/cloud-messaging/concept-options<br><br><br><br>*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52 at 9, Trial Tr. 726:16-19 ("[T]his slide called MCS Connection, is … a rough diagram of FCM."), 728:21-23 ("Q. Now, what's the security used to protect this persistent |

<table>
<tr>
<td></td>
<td>connection? A. We use SSL encryption. More recently that's been called TLS encryption.”).<br><br></td>
</tr>
<tr>
<td>[1d] the network message server configured to receive, from each of a plurality of network application servers, multiple requests to transmit application data, each such request indicating a corresponding one of the mobile end-user devices and one of a plurality of applications,</td>
<td>The network message server of Google's FCM system is configured to receive, from each of a plurality of network application servers, multiple requests to transmit application data, each such request indicating a corresponding one of the mobile end-user devices and one of a plurality of applications. *See, e.g.*:<br><br>https://youtu.be/sioEY4tWmLI?si=563REHijMRnD_aOe (Introducing Firebase Cloud Messaging) (“First, you register your user's app instance with the Firebase Cloud Messaging servers. Then, on your server, you write code that allows you to address these devices by ID, group, or topic, and which tells the Firebase Cloud Messaging server to send the messages for you.”)</td>
</tr>
</table>



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   • Android transport layer (ATL) for Android devices with Google Play services

   • Apple Push Notification service (APNs) for Apple devices

   • Web push protocol for web apps

   > ★ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

| | |
|---|---|
| | **Send server updates with Firebase Cloud Messaging**<br><br>Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.<br><br>Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.<br><br>FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.<br><br>https://developer.android.com/develop/connectivity/minimize-effect-regular-updates<br><br>https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you."). |
| [1e] the network message server to generate corresponding Internet data messages based on the requests, each such message containing at least one application identifier for an indicated application and application data corresponding to one of the requests, and | The network message server of Google's FCM system is to generate corresponding Internet data messages based on the requests, each such message containing at least one application identifier for an indicated application and application data corresponding to one of the requests. *See, e.g.*:<br><br>https://youtu.be/sioEY4tWmLI?si=563REHijMRnD_aOe (Introducing Firebase Cloud Messaging) ("First, you register your user's app instance with the Firebase Cloud Messaging servers. Then, on your server, you write code that allows you to address these devices by ID, group, or topic, and which tells the Firebase Cloud Messaging server to send the messages for you.") |



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   • Android transport layer (ATL) for Android devices with Google Play services

   • Apple Push Notification service (APNs) for Apple devices

   • Web push protocol for web apps

   > ★ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

## Send server updates with Firebase Cloud Messaging

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates

| | https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you."). |
| | |
| | *Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52 at 8, Trial Tr. 758:4-6 (FCM uses a registration token to identify particular application software and particular device), 758:13-23 (token includes the app package name which will uniquely identify an app.). |
| | |
| |  |
| | https://firebase.google.com/docs/cloud-messaging/auth-server |



https://developers.google.com/instance-id

| | |
|---|---|
| | **Lifecycle flow**<br><br>• **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.<br><br>• **Send and receive downstream messages**.<br><br>    • Send a message. The app server sends messages to the client app:<br><br>        1. The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.<br><br>        2. The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.<br><br>        3. When the device is online, the message is sent via the platform-specific transport layer to the device.<br><br>        4. On the device, the client app receives the message or notification.<br><br>https://firebase.google.com/docs/cloud-messaging/fcm-architecture |
| [1f] the network message server to transmit each of the generated Internet data messages to the device messaging agent located on the device indicated in the corresponding request, using the corresponding secure Internet data connection for the device indicated in the corresponding request; | The network message server of Google's FCM system is to transmit each of the generated Internet data messages to the device messaging agent located on the device indicated in the corresponding request, using the corresponding secure Internet data connection for the device indicated in the corresponding request. *See, e.g.*: |



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

- Android transport layer (ATL) for Android devices with Google Play services

- Apple Push Notification service (APNs) for Apple devices

- Web push protocol for web apps

> ★ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

## Send server updates with Firebase Cloud Messaging

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates

https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you.").

*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52 at 8, Trial Tr. 758:4-6 (FCM uses a registration token to identify particular application software and particular device), 758:13-23 (token includes the app package name which will uniquely identify an app.).



https://firebase.google.com/docs/cloud-messaging/auth-server

## Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

| | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the `notification` key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br><br>2. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |
| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the `data` key. |

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

https://firebase.google.com/docs/cloud-messaging/concept-options

<table>
<tr>
<td></td>
<td>

**MCS Connection**

- The gcm module in GmsCore attempts to keep a long lived TCP connection open all the time.

- Both downstream (to apps) and upstream (from apps) messages are sent in band over this connection.

- A number of internal messages are also sent over this connection, e.g.
  - Login request/response
  - Heartbeats
  - Doze status changes
  - Message acknowledgements

*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52 at 10, Trial Tr. 759:14-760:7 ("The GCM module is responsible for correctly routing the message to the app" and "[t]he way that the GCM module correctly routes the message to the app is sometimes called interprocess communication.").

</td>
</tr>
<tr>
<td>

[1g] each device messaging agent, when executing, to receive the Internet data messages from the secure Internet data connection corresponding to the device executing the device messaging agent, and

</td>
<td>

In Google's FCM system, each device messaging agent, when executing, is to receive the Internet data messages from the secure Internet data connection corresponding to the device executing the device messaging agent. *See, e.g.*:

</td>
</tr>
</table>



## Access the device registration token

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. If you want to target single devices or create device groups, you'll need to access this token by extending `FirebaseMessagingService` and overriding `onNewToken`.

This section describes how to retrieve the token and how to monitor changes to the token. Because the token could be rotated after initial startup, you are strongly recommended to retrieve the latest updated registration token.

The registration token may change when:

- The app is restored on a new device
- The user uninstalls/reinstall the app
- The user clears app data.

https://firebase.google.com/docs/cloud-messaging/android/client



https://firebase.google.com/docs/cloud-messaging/android/receive



https://developers.google.com/instance-id

## Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.

- **Send and receive downstream messages**.

  - Send a message. The app server sends messages to the client app:

    1. The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.

    2. The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.

    3. When the device is online, the message is sent via the platform-specific transport layer to the device.

    4. On the device, the client app receives the message or notification.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52:



## MCS Connection

- The gcm module in GmsCore attempts to keep a long lived TCP connection open all the time.

- Both downstream (to apps) and upstream (from apps) messages are sent in band over this connection.

- A number of internal messages are also sent over this connection, e.g.
  - Login request/response
  - Heartbeats
  - Doze status changes
  - Message acknowledgements

| [1h] to, for each received message, map the application identifier in the message | In Google's FCM system, each device messaging agent, when executing, is to, for each received message, map the application identifier in the message to a software process corresponding to |
| --- | --- |

| | |
|---|---|
| to a software process corresponding to the application identifier, and forward the application data in the message to the software process via a secure interprocess communication service. | the application identifier, and forward the application data in the message to the software process via a secure interprocess communication service. *See, e.g.*:<br><br>https://developer.android.com/develop/background-work/background-tasks/broadcasts<br><br>### Security considerations<br><br>Here are some security considerations for sending and receiving broadcasts:<br><br>• If many apps have registered to receive the same broadcast in their manifest, it can cause the system to launch a lot of apps, causing a substantial impact on both device performance and user experience. To avoid this, prefer using context registration over manifest declaration. Sometimes, the Android system itself enforces the use of context-registered receivers. For example, the `CONNECTIVITY_ACTION` broadcast is delivered only to context-registered receivers.<br><br>• Don't broadcast sensitive information using an implicit intent. Any app can read the information if it registers to receive the broadcast. There are three ways to control who can receive your broadcasts:<br><br>  • You can specify a permission when sending a broadcast.<br><br>  • In Android 4.0 (API level 14) and higher, you can specify a package with `setPackage(String)` when sending a broadcast. The system restricts the broadcast to the set of apps that match the package.<br><br>https://developer.android.com/privacy-and-security/security-tips |

Android has built-in security features that significantly reduce the frequency and impact of application security issues. The system is designed so that you can typically build your apps with the default system and file permissions and avoid difficult decisions about security.

The following core security features help you build secure apps:

- The Android application sandbox, which isolates your app data and code execution from other apps.

- An application framework with robust implementations of common security functionality such as cryptography, permissions, and secure interprocess communication (IPC).

- Technologies like address space layout randomization (ASLR), no-execute (NX), ProPolice, safe_iop, OpenBSD `dlmalloc` and `calloc`, and Linux `mmap_min_addr` to mitigate risks associated with common memory management errors.

- User-granted permissions to restrict access to system features and user data.

- Application-defined permissions to control application data on a per-app basis.

It's important to be familiar with the Android security best practices on this page. Following these practices as general coding habits help you avoid inadvertently introducing security issues that adversely affect your users.

## Interprocess communication

Some apps attempt to implement IPC using traditional Linux techniques such as network sockets and shared files. However, we recommend instead that you use Android system functionality for IPC such as `Intent`, `Binder` or `Messenger` with a `Service`, and `BroadcastReceiver`. The Android IPC mechanisms let you verify the identity of the application connecting to your IPC and set security policy for each IPC mechanism.

Many of the security elements are shared across IPC mechanisms. If your IPC mechanism isn't intended for use by other applications, set the `android:exported` attribute to `false` in the component's manifest element, such as for the `<service>` element. This is useful for applications that consist of multiple processes within the same UID or if you decide late in development that you don't actually want to expose functionality as IPC, but you don't want to rewrite the code.

If your IPC is accessible to other applications, you can apply a security policy by using the `<permission>` element. If the IPC is between apps that are your own and are signed with the same key, use a `signature-level` permission in the `android:protectionLevel`.

## Intents

For activities and broadcast receivers, intents are the preferred mechanism for asynchronous IPC on Android. Depending on your application requirements, you might use `sendBroadcast`, `sendOrderedBroadcast`, or an explicit intent to a specific application component. For security purposes, explicit intents are preferred.

**Caution**: If you use an intent to bind to a `**Service**`, use an explicit intent to keep your app secure. Using an implicit intent to start a service is a security hazard, because you can't be certain what service will respond to the intent and the user can't see which service starts. Beginning with Android 5.0 (API level 21), the system throws an exception if you call `**bindService()**` with an implicit intent.

https://developer.android.com/privacy-and-security/risks/implicit-intent-hijacking

## Mitigations

Unless the application requires it, make intents explicit by calling `setPackage()`. This allows the intent to be interpreted only by a specific component (either in-app or from other applications), preventing untrusted applications from intercepting the data sent along with the intent. The following snippet shows how to make an intent explicit:

Kotlin    Java

```kotlin
val intent = Intent("android.intent.action.CREATE_DOCUMENT").apply {
    addCategory("android.intent.category.OPENABLE")
    setPackage("com.some.packagename")
    setType("*/*")
    putExtra("android.intent.extra.LOCAL_ONLY", true)
    putExtra("android.intent.extra.TITLE", "Some Title")
}
startActivity(intent)
```

https://developer.android.com/guide/components/intents-filters (To ensure that your app is secure, always use an explicit intent…)

https://source.android.com/docs/security/features (Android assigns a unique user ID (UID) to each Android app and runs it in its own process. Android uses this UID to set up a kernel-level App Sandbox.)

https://developer.android.com/build/configure-app-module (Every Android app has a unique application ID that looks like a Java or Kotlin package name, such as com.example.myapp. This ID uniquely identifies your app on the device and in the Google Play Store.)

## Access the device registration token

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. If you want to target single devices or create device groups, you'll need to access this token by extending `FirebaseMessagingService` and overriding `onNewToken`.

This section describes how to retrieve the token and how to monitor changes to the token. Because the token could be rotated after initial startup, you are strongly recommended to retrieve the latest updated registration token.

The registration token may change when:

- The app is restored on a new device
- The user uninstalls/reinstall the app
- The user clears app data.

https://firebase.google.com/docs/cloud-messaging/android/client;



[https://firebase.google.com/docs/cloud-messaging/android/receive](https://firebase.google.com/docs/cloud-messaging/android/receive);



https://developers.google.com/instance-id

## Lifecycle flow

- **Register devices to receive messages from FCM.** An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.

- **Send and receive downstream messages.**

  - Send a message. The app server sends messages to the client app:

    1. The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.

    2. The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.

    3. When the device is online, the message is sent via the platform-specific transport layer to the device.

    4. On the device, the client app receives the message or notification.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture



Firebase > Documentation > FCM > Engage

Was this helpful?

# Set up a Firebase Cloud Messaging client app on Android

Send feedback

FCM clients require devices running Android 4.4 or higher that also have the Google Play Store app installed, or an emulator running Android 4.4 with Google APIs. Note that you are not limited to deploying your Android apps through Google Play Store.

## Set up the SDK

This section covers tasks you may have completed if you have already enabled other Firebase features for your app. If you haven't already, add Firebase to your Android project

## Edit your app manifest

Add the following to your app's manifest:

- A service that extends `FirebaseMessagingService`. This is required if you want to do any message handling beyond receiving notifications on apps in the background. To receive notifications in foregrounded apps, to receive data payload, to send upstream messages, and so on, you must extend this service.

```xml
<service
    android:name=".java.MyFirebaseMessagingService"
    android:exported="false">
    <intent-filter>
        <action android:name="com.google.firebase.MESSAGING_EVENT" />
    </intent-filter>
</service>
```
AndroidManifest.xml

*Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52:



## MCS Connection

- The gcm module in GmsCore attempts to keep a long lived TCP connection open all the time.

- Both downstream (to apps) and upstream (from apps) messages are sent in band over this connection.

- A number of internal messages are also sent over this connection, e.g.
  - Login request/response
  - Heartbeats
  - Doze status changes
  - Message acknowledgements

|  | *Headwater Research LLC v. Samsung Elecs. Co. et al.,* No. 2:23-cv-00103-JRG-RSP (E.D. Texas), JX-52 at 10, Trial Tr. 759:14-760:7 ("The GCM module is responsible for correctly routing the message to the app" and "[t]he way that the GCM module correctly routes the message to the app is sometimes called interprocess communication."). |
|---|---|